# United States District Court

WESTERN DISTRICT OF WASHINGTON

RANDALL A. GREEN,

      v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5275 RJB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court **ADOPTS** the Report and Recommendation; and

(2) The administrative decision is **REVERSED AND REMANDED**.

| | |
|---|---|
| March 11, 2010 | BRUCE RIFKIN |
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk