# United States District Court

WESTERN DISTRICT OF WASHINGTON

RANDALL A. GREEN

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5275RJB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation of the Magistrate Judge (Dkt. 26) is **ADOPTED**. Plaintiff's Motion/Petition for EAJA Fees and Costs (Dkt. 21) is **GRANTED** as follows: plaintiff is awarded $7,812.50 in attorney's fees and $36.94 in costs.

| July 7, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk